In the Matter of the Estate of ALBERT O. SORENSEN, Deceased. RAYMOND REISLER, as Special Guardian, for LEWIS SORENSEN, et al., Appellants, FRANK GALVIN, Individually and as Executor of ALBERT O. SORENSEN, Deceased, et al., Respondents.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.